**Order entered May 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00437-CV

## IN RE JIMMY JOHNSON, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-10-31998-C**

## ORDER
Before Justices Francis, Myers and Schenck

Before the Court is relator's "Amended Motion for Findings of Fact and Conclusions of Law." Because the rules of appellate procedure do not provide for the entry of findings of fact and conclusions of law, we **DENY** the motion. To the degree relator seeks any other relief, we **DENY** the motion for failure to identify with particularity the nature of the relief relator seeks and the basis for seeking relief.


/s/      MOLLY FRANCIS
          JUSTICE